USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/3/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAKE BERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES TENNIS ASSOCIATION INC., MOJO ART & IMAGE, LLC, and DOES 1 through 50,<br><br>    Defendants. | Case No.: 1:24-cv-04206<br><br>**ORDER** |

Upon consideration of the Parties' Stipulation regarding Time to Respond to Plaintiff's Complaint, on this _3_ day of _July_, 2024, it is

**ORDERED** that on or before August 5, 2024, Defendants shall file their response to Plaintiff's Complaint.

_____
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Dated: July 3, 2024