USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:   8/29/2024_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JAKE BERMAN,

               Plaintiff,

     v.

UNITED STATES TENNIS ASSOCIATION INC., MOJO ART & IMAGE, LLC, and DOES 1 through 50,

               Defendants.

Case No.: 1:24-cv-04206

**ORDER**

Upon consideration of the Parties' Second Stipulation regarding Extension of Time to Respond to Plaintiff's Complaint, on this 29th day of  August_____, 2024, it is

**ORDERED** that on or before October 3, 2024, Defendants shall file their response to Plaintiff's Complaint.

                                            Honorable Andrew L. Carter, Jr.
                                            United States District Court
                                            Southern District of New York

15649\153614\11105954.v1-8/28/24