```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/3/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAKE BERMAN,

                Plaintiff,

v.

UNITED STATES TENNIS ASSOCIATION INC., MOJO ART & IMAGE, LLC, and DOES 1 through 50,

                Defendants.

Case No.: 1:24-cv-04206

**ORDER**

Upon consideration of the Parties' Third Stipulation regarding Extension of Time to Respond to Plaintiff's Complaint, on this __3rd__ day of __October__, 2024, it is

**ORDERED** that on or before November 4, 2024, Defendants shall file their response to Plaintiff's Complaint.

_/s/ Andrew L. Carter, Jr._
Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Dated: October 3, 2024